BETTY L. SCHMELZEL, Respondent, *v.* CLARENCE SCHMELZEL,
Appellant.   (Appeal No. 3.)

Argued May 25, 1942;  decided June 18, 1942.

*F. Fearon Brown* for appellant.

*Sidney M. Wittner* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.